No. 834, Misc. McClain v. Missouri. Sup. Ct. Mo. Certiorari denied. *John J. Cleary, Harry J. Stadin* and *J. Raymond Dyer* for petitioner.

No. 835, Misc. Soviero v. New York. Sup. Ct. N. Y., Queens County. Certiorari denied.

No. 837, Misc. Wells v. Washington. Sup. Ct. Wash. Certiorari denied.

No. 838, Misc. Evans v. Follette, Warden. C. A. 2d Cir. Certiorari denied. *Leon B. Polsky* and *Anthony L. Fletcher* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, for respondent.

No. 840, Misc. McCrary v. Indiana. Sup. Ct. Ind. Certiorari denied. *Ferdinand Samper* and *Jack W. Broadfield* for petitioner.

No. 847, Misc. Taylor v. City of Griffin. Ct. App. Ga. Certiorari denied. *Howard Moore, Jr.,* and *Jack H. Ruffin, Jr.,* for petitioner. *William H. Beck, Jr.,* and *Robert H. Smalley, Jr.,* for respondent.

No. 850, Misc. Hillman v. Wainwright, Corrections Director, et al. Sup. Ct. Fla. Certiorari denied.

No. 855, Misc. Grant v. California. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 856, Misc. Danks v. Utah. Sup. Ct. Utah. Certiorari denied.